## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:12-cv-03183-RPM

    Plaintiffs,

JENNIFER WILCOX and ANDREW DIPRETORO,
v.

ALEXANDER PANIO, JR.; MARY PANIO; ADOLESCENT AND
FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS; WHITNEY HARRAH; CAROL OLSON; CARLA
DAMICONE; and JANE JORDAN,

    Defendants.

_____

### ORDER RE: JOINT MOTION FOR DISMISSAL PURSUANT TO FED.R.CIV.P. 41(a)(2) (CAROL OLSON)
_____

    THIS MATTER COMES before the Court on the joint motion to dismiss Carol Olson from the case with prejudice. The Court, having reviewed the joint motion and being fully apprised in its premises hereby GRANTS the motion.

    IT IS SO ORDERED that Defendant Carol Olson is dismissed with prejudice from the above captioned case, with each party to pay their own attorney fees and costs.

    DATED this 19th Day of August, 2013.

                                         BY THE COURT:

                                         s/Richard P. Matsch

                                         _____

                                         Richard P. Matsch, Senior Judge