IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03183-RPM

JENNIFER WILCOX and
ANDREW DIPRETORO,

      Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE and
JANE JORDAN,

      Defendants.

_____

## STAY ORDER
_____

Pursuant to the scheduling conference held today, it is

ORDERED that all proceedings in this matter are stayed until further order of the Court.

DATED:   November 22, 2013

                BY THE COURT:

                s/Richard P. Matsch
                _____
                Richard P. Matsch, Senior Judge