IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 12-cv-03183-RPM

JENNIFER WILCOX and
ANDREW DIPRETORO,

      Plaintiffs,

v.

ALEXANDER PANIO, JR.;
MARY PANIO;
ADOLESCENT AND FAMILY INSTITUTE OF COLORADO, INC., a Colorado Corporation;
EDRA WEISS, MD;
WHITNEY HARRAH;
CARLA DAMICONE and
JANE JORDAN,

      Defendants.

_____

ORDER OF DISMISSAL
_____

Pursuant to the Parties' Joint Motion for Dismissal Pursuant to Fed.R.Civ.P. 41(a)(2),

filed July 1, 2014, it is

ORDERED that this action is dismissed with prejudice, each party to bear their own

attorneys' fees and costs.

DATED:   July 2, 2014

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge